<partyblock>

The People of the State of New York, Respondent,  

against

Shawn Reid, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Abena Darkeh, J.), rendered June 24, 2016, convicting him, upon a plea of guilty, of attempted assault in the third degree, and imposing sentence.

Per Curiam.

Judgment of conviction (Abena Darkeh, J.), rendered June 24, 2016, affirmed.

The accusatory instrument - comprising the misdemeanor complaint and domestic incident report signed by the arresting officer and the complainant - was not jurisdictionally defective. It charged all the elements of attempted third-degree assault (see Penal Law  110.00, 120.00[1]).  Defendant's intent to cause physical injury could be readily inferred from allegations that, during a domestic dispute, defendant "choked," "hit" and "punch[ed]" complainant in the left and right eye, causing "bruising and swelling," and that complainant "observed the defendant strike her with a closed fist [and] place both hands around her neck and apply pressure" (see Penal Law 120.00[1]; Matter of Edward H., 61 AD3d 473 [2009]). Contrary to defendant's contention, the absence of "threatening language" and the fact that both parties were drinking and arguing did not negate a finding that he acted with the requisite injurious intent (see People v Waite, 2002 NY Slip Op 50260[U] [App Term, 1st Dept 2002], lv denied 99 NY2d 540 [2002]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: March 19, 2018

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>